**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CAROLE J. THOMAS | § | CASE NO. 408-44361-RFN-7 |
| | § | CHAPTER 7 |
| | § | |
| | § | JUDGE RUSSELL F. NELMS |

**NOTICE OF APPEARANCE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**HSBC Auto Finance**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Joe M. Lozano, Jr. /s/ Tyler Jones

Joe M. Lozano, Jr.
Tyler Jones

F# 7502-N-5759
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for HSBC Auto Finance

## CERTIFICATE OF SERVICE

     I, Joe M. Lozano, Jr. / Tyler Jones, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before October 8, 2008:

**Debtors' Attorney**
Tracy L. King
King Law Offices, P.c.
19211 S. US HWY 377
Dublin, TX  76446

**Chapter 7 Trustee**
Carey D. Ebert
1726 Chadwick Court, Suite 100
Hurst, Texas 76054

**U.S. Trustee**
William Neary
1100 Commerce Street, Room 976
Dallas, Texas 75242

/s/ Joe M. Lozano, Jr. /s/ Tyler Jones

Joe M. Lozano, Jr.
Tyler Jones

7502-N-5759
noaelect